ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Wade Keliikipi,

        Plaintiff,

    v.

Equifax Information Services, LLC,

        Defendant(s).

Civil Action No. CV 25 00206 SASP WRP

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Wade Keliikipi, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendant Equifax Information Services LLC, with prejudice.

Defendant Equifax Information Services, LLC has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

DATE: 7/9/2025

Respectfully submitted,

_Wade Keliikipi_

Wade Keliikipi

*Pro Se Plaintiff*

APPROVED AND SO ORDERED.

DATED:  August 13, 2025, at Honolulu, Hawai'i.

_Shanlyn A.S. Park_

Shanlyn A.S. Park
United States District Judge

1

## CERTIFICATE OF SERVICE

I certify that, on 7/9/2025, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Wade Keliikipi

*Pro Se Plaintiff*